| | AUSA: | Philip Jacques | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kara Klupacs | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
   v.

Qamar MITCHELL

Case No.

Case: 2:26−mj−30447
Assigned To : Unassigned
Assign. Date : 7/23/2026
Description: CMP USA V.
MITCHELL (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 20, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent (A.T.F.)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 23, 2026_____

City and state: __Detroit, Michigan_____

_____
*Judge's signature*

Hon. Kimberly G. Altman, U. S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Kara Klupacs, being first duly sworn, hereby state:

## INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since March 2018. I am currently assigned to the Detroit Field Division Group 1. I graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I served eight years as a U.S. Customs and Border Protection and U.S. Secret Service Uniformed Division Officer. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, criminal street gangs, and other state and federal offenses. I have obtained numerous federal search warrants for residences, vehicles, social media accounts, cell phones, and other electronic storage devices, and fully participated in those searches.

2.      This affidavit is made in support of a criminal complaint for Qamar Daniel MITCHELL (DOB: 11/24/2003).  Probable cause exists that MITCHELL unlawfully possessed a machinegun on or about July 20, 2026, within the Eastern District of Michigan in violation of 18 U.S.C. § 922(o).

3.      I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have

personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

4.      The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## CASE BACKGROUND

5.      In September 2024, ATF and Homeland Security Investigations (HSI) investigated Cameron Simmons (DOB: XX/XX/2005) for his involvement in the unlawful transfer and possession of machineguns.  Subsequently, Cameron Simmons pleaded guilty and was sentenced for violations of 18 U.S.C. § 922(o) (reference *US v. Cameron Simmons* Case Number: 5:24CR20681).  During this investigation, ATF and HSI identified Qamar MITCHELL (DOB: XX/XX/2003) as someone involved with Cameron Simmons and in violation of 18 U.S.C. § 922(o) (unlawful possession or transfer of a machine gun).

6.      In October 2024, I reviewed social media records for an Instagram account associated with Pierre Simmons (DOB: XX/XX/2006), the younger brother of Cameron Simmons.  These records were previously obtained by the Detroit Police Department with a state search warrant served in August 2024. During my review I identified an Instagram messenger group chat whose participants shared several photos on July 5, 2024, depicting an individual I

2

identified as MITCHELL (observed in Image 1 below wearing green shorts and a green hat) in possession of a Glock type pistol affixed with a suspected MCD- circled in red in Image 2 below.

*Image 1*          *Image 2*

 

7.       On October of 2024, I obtained a federal search warrant for the cellular device belonging to Cameron Simmons (24-MC-51128-03). I executed the warrant and obtained a forensic extraction of the device.  During my review of the extraction, I observed text conversations between Cameron Simmons and a cellular device I identified as belonging to MITCHELL discussing the possession and sale of "buttons" a common street term for MCDs.

8.       During my review of the images on Cameron Simmons' cellular device, I observed an image dated September 29, 2024, depicting MITCHELL

3

(Image 3) with others in possession of firearms, including a Glock type pistol affixed with a suspected MCD (zoomed in and circled in red in Image 4).

*Image 3*                              *Image 4*

     

## PROBABLE CAUSE

9.      On July 20, 2026, Detroit Police were on routine patrol in the area of Queen and Mayfield when they observed a white GMC Yukon bearing Michigan license plate FBR1633 facing eastbound improperly parked on Mayfield (left wheels to curb).  Officers observed an individual they later identified as Qamar MITCHELL, who upon observation of officers, appeared to walk behind the open driver side rear passenger door of the GMC Yukon.  After a short period of time, MITCHELL then closed the door and began walking away from the vehicle westbound on Mayfield.  Officers informed (R.T.) the driver of the GMC Yukon that she could not park there.  Officers then departed the area and drove to the next

4

block over.  When officers returned to the area and observed the GMC Yukon still improperly parked, they initiated a traffic stop.  R.T. drove the GMC Yukon to the right side of the street and pulled over for officers.

10.     When officers spoke with R.T., she was unable to provide officers with a driver's license.  Officers then ordered all four occupants out of the vehicle, which included Pierre Simmons in the rear driver's side passenger seat (where MITCHELL had previously been observed).  Once officers verified R.T. did not possess a valid driver's license in LEIN, they conducted an inventory search of the vehicle.  During the search, officers recovered a tan Glock model 17 9mm caliber pistol with an extended magazine and an affixed MCD. The pistol was located in a child's car seat, on the backseat of the vehicle, directly next to where Pierre Simmons had been seated.  Officers then detained Pierre Simmons in the back of the patrol vehicle.  While officers waited for the tow truck, MITCHELL returned to the scene and began advising officers the firearm was his.  Officers then advised MITCHELL of his *Miranda* rights which he waived.  MITCHELL again advised officers the firearm was his and confirmed that he had it on his person, indicating it was in his waistband, when officers had initially turned onto Mayfield and that he put the firearm in the GMC Yukon. Officers arrested MITCHELL and transported him to the Detroit Detention Center (DDC).

11.     Later that day, officers reviewed the Instagram account tw_frmmarty6, an account known by Detroit Police to be used by MITCHELL. During review of the account, officers observed a video posted earlier that day depicting MITCHELL in a vehicle driving (Image 5) and Pierre Simmons in the front passenger seat with a tan Glock with an extended magazine and suspected affixed MCD on his lap (Image 6).  I compared a zoomed in image of this firearm (Image 7) with the firearm recovered by Detroit Police (Image 8) and observed they appeared to be the same.

*Image 5*                                          *Image 6*

    

*Image 7* | *Image 8*

 

12.     Based upon the volume of social media posts that depict MITCHELL in possession of Glock handguns with an affixed MCD, and MITCHELL's text messages with Cameron Simmons, referring to MCDs' as "buttons" a common street term for Glock Switches (a type of MCD) it is reasonable to infer that MITCHELL knew of the essential characteristics that made the firearm a machinegun.

13.    On July 22, 2026, I sent photos of the recovered Glock model 17 with a suspected affixed MCD to ATF Special Agent Weston.  In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and machinegun conversion devices ("MCD").  Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and Task Force officers on the identification of PMFs and MCDs.  Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs.  After reviewing the photos of the device affixed to the recovered Glock model 17, Special Agent Weston confirmed that the device appeared to be a machinegun conversion device (MCD), colloquially referred to as a "Glock Switch."

## CONCLUSION

14.    There is probable cause to believe that on July 20, 2026, within the Eastern District of Michigan, Qamar MITCHELL unlawfully possessed a machinegun in violation of 18 U.S.C. § 922(o).

Respectfully submitted,

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

8

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: July 23, 2026

9